IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JEFFREY H. REED, | § | |
|        PLAINTIFF, | § | |
| | § | |
| V. | § | CAUSE NO. 1:10-CV-386-LY |
| | § | |
| FLORIDA METROPOLITAN | § | |
| UNIVERSITY, INC. AND CORINTHIAN | § | |
| COLLEGES, INC., | § | |
|        DEFENDANTS. | § | |

## FINAL JUDGMENT

Before the court in the above-styled cause of action is Plaintiff's Stipulation of Dismissal With Prejudice, filed January 4, 2013 (Clerk's Doc. No. 73).  Accordingly, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS HEREBY ORDERED** that the above-styled action is **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that each party bear its own fees and costs of court.

**IT IS FINALLY ORDERED** that this case is **CLOSED**.

SIGNED this _8th_ day of January, 2013.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE